UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Thompson v. C.R. Bard, Inc., et al.*
Case No. 2:22-cv-2078

## ORDER

On November 9, 2021, Plaintiff Anthony Thompson filed a complaint in this multidistrict litigation ("MDL") (Case No. 21-cv-5270, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a PerFix Plug hernia mesh device, a product manufactured by Defendants, implanted on April 10, 2017. (*Id.*) On April 29, 2022, through different counsel, Plaintiff filed another complaint in this MDL, alleging injuries caused by a Bard Mesh hernia device, implanted on April 11, 2017. (ECF No. 1.) On April 13, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 21-cv-5270. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

    IT IS SO ORDERED.

| | |
|---|---|
| **5/15/2023**<br>**DATE** | **s/Edmund A. Sargus, Jr.**<br>**EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |